## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

LINDA MCCLAIN,

     Plaintiff,

          v.

JACOBS LAW GROUP, PLLC,

     Defendant.

---

### PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
### (Unlawful Debt Collection Practices)

### PLAINTIFF'S COMPLAINT

     LINDA McCLAIN, Plaintiff, through her attorneys, KROHN & MOSS, LTD., alleges the following against JACOBS LAW GROUP, PLLC, Defendant:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant is located in the State of Colorado and conducts business in the state of Colorado, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2).*

**PARTIES**

5.  Plaintiff is a natural person residing at Linda Mcclain710 S. Union Blvd., #108

    Colorado Springs, Colorado.

6.  Pursuant to the definitions outlined in *15 U.S.C. 1692a(1-6)*, Defendant is a debt

    collector.

7.  Defendant is a debt collection agency with an office location in Oxford, Minnesota.

8.  Defendant uses instrumentalities of interstate commerce or the mails in any business the

    principal purpose of which is the collection of any debts, or who regularly collects or

    attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or

    due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

9.  Defendant acted through its agents, employees, officers, members, directors, heirs,

    successors, assigns, principals, trustees, sureties, subrogees, representatives, and

    insurers.

**FACTUAL ALLEGATIONS**

10. Defendant constantly and continuously places collection calls to Plaintiff regarding a

    debt owed by Plaintiff's son Darren McClain.

11. Defendant began calling Plaintiff in approximately February 2011 and calls Plaintiff

    almost every day.

12. Defendant calls Plaintiff from telephone number: 877-620-3818.

13. Plaintiff informed Defendant that the person Defendant it trying to reach, Plaintiff's son,

    does not live with Plaintiff and cannot be reached at her number and requested that

    Defendant cease placing calls to her.

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

14. Despite Plaintiff's numerous requests that Defendant stop calling her, Defendant continues to call Plaintiff, still trying to reach her son, Darren McClain.

15. One of Defendant's male agent asked Plaintiff "Is this how you raised your son"?

16. Defendant's agent also informed Plaintiff that he would start calling family members if Plaintiff's son, Darren McClain, did not return Defendant's call.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which was to harass, oppress, and abuse Plaintiff.

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, LINDA MCCLAIN, respectfully requests judgment be entered against Defendant, JACOBS LAW GROUP, PLLC, for the following:

18. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

20. Any other relief that this Honorable Court deems appropriate.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff, LINDA MCCLAIN, requests a jury trial in this case.

DATED:  May 10, 2011                    KROHN & MOSS, LTD.

                          By:   ____/s/ Nicholas Bontrager_____
                                Nicholas J. Bontrager, Esq.
                                Krohn & Moss, Ltd.
                                10474 Santa Monica Blvd., Ste. 401
                                Los Angeles, CA 90025
                                Ph: (323) 988-2400; Fx: (866) 802-0021
                                nbontrager@consumerlawcenter.com

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF COLORADO)

Plaintiff, LINDA MCCLAIN, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, LINDA MCCLAIN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 5/3/11

Linda McClain
LINDA MCCLAIN

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

5