**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Civil Action No. 1:11-cv-01241-REB -MEH

LINDA MCCLAIN,

    Plaintiff,

       v.

JACOBS LAW GROUP, PLLC,

    Defendant.

---

**NOTICE OF SETTLEMENT**

---

NOW COMES the Plaintiff, LINDA MCCLAIN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

DATED: June 24, 2011                KROHN & MOSS, LTD.

                              By: /s/ Nicholas J. Bontrager
                                  Nicholas J. Bontrager, Esq.
                                  Krohn & Moss, Ltd.
                                  10474Santa Monica Blvd., Suite 401
                                  Los Angeles, CA 90025
                                  Ph: (323) 988-2400; Fx: (866) 802-0021
                                  nbontrager@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

        I hereby certify that on June 24, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on June 24, 2011, I served opposing counsel of record with a copy of this document by way of email at mjacob@jacoblawgroup.com.

                              By:   /s/ Nicholas J. Bontrager
                                        Nicholas J. Bontrager, Esq.