IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01241-REB-MEH

LINDA MCCLAIN,

      Plaintiff,

v.

JACOBS LAW GROUP, PLLC,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 24, 2011.**

      In light of the Notice of Settlement [filed June 24, 2011; docket #5], the Scheduling Conference set for August 5, 2011, is hereby **vacated**. The parties shall file dismissal papers on or before **July 25, 2011**.