**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Civil Action No. 1:11-cv-01241-REB -MEH

LINDA MCCLAIN,

    Plaintiff,

       v.

JACOBS LAW GROUP, PLLC,

    Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL
(Unlawful Debt Collection Practices)**

---

**NOTICE OF VOLUNTARY DISMISSAL**

LINDA MCCLAIN (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, JACOBS LAW GROUP, PLLC (Defendant), in this case.


DATED:  July 12, 2011                KROHN & MOSS, LTD.

                                        By:    Nicholas J. Bontrager
                                                 Nicholas J. Bontrager, Esq.
                                                 Krohn & Moss, Ltd.
                                                 10474 Santa Monica Blvd., Suite 401
                                                 Los Angeles, CA 90025
                                                 Ph: (323) 988-2400; Fx: (866) 802-0021
                                                 nbontrager@consumerlawcenter.com

VOLUNTARY DISMISSAL                                              1

## CERTIFICATE OF SERVICE

   I hereby certify that on July 12, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on July 12, 2011, I served opposing counsel of record with a copy of this document by way of email at mjacob@jacoblawgroup.com.

              By: /s/ Nicholas J. Bontrager
                 Nicholas J. Bontrager, Esq.